[No. 19203–5–I.   Division One.   July 24, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY DUANE GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86–1–00658–0, Jim Bates, J., entered September 19, 1986. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Scholfield and Webster, JJ.

[No. 21886–7–I.   Division One.   July 24, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. VANCE RUSSELL CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–03219–8, Sharon S. Armstrong, J., entered January 21, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Grosse, J.

[No. 20881–1–I.   Division One.   July 24, 1989.]

NOBUYUKI HIDA, ET AL, *Appellants*, v. DANIEL J. MATYAS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–2–03334–1, Thomas McCrea, J. Pro Tem., entered August 14, 1987. *Affirmed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Swanson and Winsor, JJ.